No. 86–6358.   FRAPPIER v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 86–6359.   LEAL v. WRQN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6363.   TAYLOR v. DAVIS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–6366.   JACKSON v. COUNTY OF ARMSTRONG CHILDREN AND YOUTH SERVICE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6395.   HUMPHREY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6396.   GRANT v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 86–6407.   DIGGS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 86–6430.   COOK ET AL. v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6440.   REYNOSO-BARRIOS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6455.   RIDGE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6456.   CRUZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6463.   WHITE v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 86–6465.   GATES v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 86–6467.   COLEMAN v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 86–6477.   BONNER ET AL. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.